EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email: omer.poirier@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 13 2003

at ____ o'clock and ____ min. ____ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHRISTOPHER NOBRIGA, )<br>)<br>Defendant. )<br>) | CR. NO. CR03 00122 SOM<br><br>INDICTMENT<br><br>(18 U.S.C. § 922(g)(3)) |

INDICTMENT

The Grand Jury Charges:

On or about January 15, 2003, in the District of Hawaii, the defendant, CHRISTOPHER NOBRIGA, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce firearm and ammunition, consisting of one Smith and Wesson 9mm pistol, one Dreyse

SEALED
BY ORDER OF THE COURT

Rheinmetal ABT Sommeroa handgun, and 15 Winchester AA 12 gauge shotgun rounds.

All in violation of Title 18, United States Code, Section 922(g)(3).

DATED: March 13, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney

*USA v. Nobriga;*
"Indictment"